# Third District Court of Appeal

## State of Florida

Opinion filed January 4, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-967
Lower Tribunal No. 18-222-M
_____

**Richard E. Warner and John W. Parente, etc., et al.,**
Appellants,

vs.

**City of Marathon, etc.,**
Appellee.

An Appeal from the Circuit Court for Monroe County, Mark H. Jones, Judge.

John P. Fenner (Weston), for appellant Ardolino Estate; Margaret A. Broz (West Palm Beach), for appellant Joseph E. Ardolino.

Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A. and Jeffrey L. Hochman and Hudson C. Gill (Fort Lauderdale), for appellee.

Before FERNANDEZ, C.J., and LOGUE and LINDSEY, JJ.

PER CURIAM.

Affirmed. <u>Penn Cent. Transp. Co. v. City of New York</u>, 438 U.S. 104, 131 (1978) (the fact that a regulation causes a diminution in the property value alone does not establish a taking).